UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 09-10387 |
| ) | |
| STEPHEN CLIFFORD, ) | |
| Defendant.  ) | |

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
IN PARTIAL SATISFACTION OF MONEY JUDGMENT ($20,820.00)**

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Partial Final Order of Forfeiture in Partial Satisfaction of Money Judgment ($20,820.00) in the above-captioned case pursuant 18 U.S.C.§ 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure. A proposed Final Order of Forfeiture in Partial Satisfaction of Money Judgment ($20,820.00) is submitted herewith. In support thereof, the United States sets forth the following:

1. On December 16, 2009, the United States Attorney for the District of Massachusetts filed a six-count Information charging defendant Stephen Clifford (the "Defendant") with Willful Violation of Sections 206 and 217 of the Investment Advisors Act, in violation of 15 U.S.C.§§ 80b-6(1), 80b-6(2), 80b-6(4) and 80b-17, and 18 U.S.C.§ 2 (Count One); Wire Fraud, in violation of in violation of 18 U.S.C. §§ 1343 and 2 (Count Two); Mail Fraud, in violation of 18 U.S.C. §§ 1341 and 2 (Count Three); Subscribing to False Tax Return, in violation of 26 U.S.C. § 7206(1) and 18 U.S.C. § 2(b) (Counts Four through Six).

2. The Information sought the forfeiture, upon conviction of any offenses in violation of 18 U.S.C. §§ 1341 and/or 1343 alleged in Counts Two and Three of the Information,

*Allowed*
*Wolf, D.J.*
*April 5, 2012*