UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 09-10387-MLW |
| | ) |
| STEPHEN CLIFFORD, | ) |
| Defendant. | ) |

**MOTION FOR FINAL ORDER OF FORFEITURE
IN PARTIAL SATISFACTION OF MONEY JUDGMENT (Rockland Trust Funds)**

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in Partial Satisfaction of Money Judgment (Rockland Trust Funds) in the above-captioned case pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.  A proposed Final Order of Forfeiture in Partial Satisfaction of Money Judgment (Rockland Trust Funds) is submitted herewith.  In support thereof, the United States sets forth the following:

1. On December 16, 2009, the United States Attorney for the District of Massachusetts filed a six-count Information charging defendant Stephen Clifford (the "Defendant") with Willful Violation of Sections 206 and 217 of the Investment Advisors Act, in violation of 15 U.S.C. §§ 80b-6(1), 80b-6(2), 80b-6(4) and 80b-17, and 18 U.S.C. § 2 (Count One); Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Count Two); Mail Fraud, in violation of 18 U.S.C. §§ 1341 and 2 (Count Three); and Subscribing to False Tax Return, in violation of 26 U.S.C. § 7206(1) and 18 U.S.C. § 2(b) (Counts Four through Six).

2. The Information sought the forfeiture, upon conviction of any offenses in violation of 18 U.S.C. §§ 1341 and/or 1343 set forth in Counts Two and Three of the Information, of any

*Allowed   D.J.
W/o U.
April 5, 2013*